Attorneys for Plaintiff, Ellen Pearson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 3518 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Ellen Pearson<br>                             Plaintiffs,<br>      vs.<br>Pfizer, Inc., et al.<br>                             Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ELLEN PEARSON, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, Ellen Pearson

-1-

1
2   DATED: August 6, 2009          GORDON & REES
3
4                                  By: _____/s/_____
                                       Stuart M. Gordon
5                                      Attorneys for Defendants
6
7
8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
9
10  Dated: AUG 1 7 2009
                                   _____
11                                 Hon. Charles R. Breyer
                                   United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**